FILED MAR 24 2016
CLERK OF COURT
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF LA.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

IN RE: Johnny Jerome Jackson, Sr.         CASE NO: 15-80311

### ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the amount of **$2,031.33** payable to **Johnny Jerome Jackson, Sr.** are being held in the Registry of this Court for the benefit of the Claimant in the above captioned bankruptcy case, and that Claimant has made application for the payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of $2,031.33 payable to **Johnny Jerome Jackson, Sr.** at the following address: **c/o Dilks & Knopik, LLC 35308 SE Center Street, Snoqualmie, WA 98065-9216**.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 24th day of March, 2016.

_____
JOHN W. KOLWE, JUDGE
UNITED STATES BANKRUPTCY COURT